Office Mailing Address:

Scott F. Waterman, Trustee

2901 St. Lawrence Avenue, Suite 100

Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee

P.O. Box 680

Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 24-11446-AMC

John Paul Borders

51 Nyack Avenue

Apt 6

Lansdowne  PA    19050

Petition Filed Date: 04/30/2024

341 Hearing Date: 06/21/2024

Confirmation Date:

### Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 05/20/2024 | $300.00 | | 06/14/2024 | $300.00 | | 07/12/2024 | $300.00 | |

**Total Receipts for the Period: $900.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,200.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CITIZENS BANK NA<br>»» 001 | Unsecured Creditors | $10,789.31 | $0.00 | $0.00 |
| 2 | FRANKLIN MINT FEDERAL CU<br>»» 002 | Secured Creditors | $2,053.26 | $0.00 | $0.00 |
| 3 | FRANKLIN MINT FEDERAL CU<br>»» 003 | Secured Creditors | $495.39 | $0.00 | $0.00 |
| 4 | US BANK NA<br>»» 004 | Unsecured Creditors | $12,541.85 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC<br>»» 005 | Unsecured Creditors | $3,148.61 | $0.00 | $0.00 |
| 6 | PENNYMAC  LOAN SERVICES LLC<br>»» 006 | Mortgage Arrears | $1,134.83 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $3,830.68 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $4,901.42 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $1,090.30 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11446-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,200.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($300.00) |
| Paid to Trustee: | $120.00 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $1,080.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.