UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| John Paul Borders | Bankruptcy No.24-11446-AMC |
| Debtor | |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 23rd day of September, 2024, by first class mail upon those listed below:

John Paul Borders
51 Nyack Avenue
Apt 6
Lansdowne, PA  19050

**Electronically via CM/ECF System Only:**

BRAD J SADEK ESQ
C/O SADEK & COOPER LAW OFFICES LLC
1500 JFK BOULEVARD, SUITE 220
PHILADELPHIA, PA  19102

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee