**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>JOHN PAUL BORDERS,<br><br>Debtor. | Chapter 13<br><br>Case No. 24-11446 (AMC) |

**PRAECIPE TO WITHDRAW OBJECTION OF**
**FRANKLIN MINT FEDERAL CREDIT UNION TO**
**CONFIRMATION OF THE CHAPTER 13 PLAN DATED APRIL 30, 2024**

TO THE CLERK:

Kindly withdraw the Objection of Franklin Mint Federal Credit Union to Confirmation of the Chapter 13 Plan Dated April 30, 2024 without prejudice.

        Respectfully submitted:

        KLEHR | HARRISON | HARVEY|
        BRANZBURG LLP

By:   */s/Corinne Samler Brennan*
       Corinne Samler Brennan, Esquire
       1835 Market Street, Suite 1400
       Philadelphia, PA  19103
       Telephone: (215) 569-3393

       *Counsel to Franklin Mint Federal Credit Union*

Dated: November 26, 2024

PHIL1\11238641.v1