# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  John Paul Borders<br>　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns<br>　　　　　　　Movant<br>　　vs.<br>John Paul Borders<br>　　　　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 24-11446 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about June 7, 2024 .

Dated: December 17, 2024

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/Denise Carlon
　　　　　　　　　　　　　　　　　　　Denise Carlon, Esq.
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** John Paul Borders | **BK NO. 24-11446 AMC** |
| **Debtor(s)** | **Chapter 13** |
| **PENNYMAC LOAN SERVICES, LLC** <br> **Movant** <br> vs. <br> **John Paul Borders** <br> **Debtor(s)** <br> **Scott F. Waterman** <br> **Trustee** | |

## CERTIFICATE OF SERVICE

I, Denise Carlon, certify that on 12/17/2024, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdrae

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 12/17/2024

**/s/ Denise Carlon**
Denise Carlon, Esquire
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

Mailing List Exhibit: (Check all that apply.  If via e-mail, include e-mail address.  Continue to the next page if necessary.)

| **Name and Address of Party Served** | **Relationship of Party** | **Via** |
|---|---|---|
| John Paul Borders<br>51 Nyack Avenue<br>Apt 6<br>Lansdowne, PA 19050 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Brad J Sadek<br>1500 JFK Boulevard<br>Ste 220<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |