United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11446-amc |
| John Paul Borders | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 19, 2024 | Form ID: 155 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Paul Borders, 51 Nyack Avenue, Apt 6, Lansdowne, PA 19050-2837 |
| 14882322 | + | Franklin Mint Federal Credit Union, Klehr, Harrison, Harvey, Branzburg LLP, c/o Corinne Samler Brennan, Esq., 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14882618 | + | PENNYMAC LOAN SERVICES, LLC, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14878802 | + | Sarah Borders, 1036 Eisenhower Avenue, Woodlyn, PA 19094-1012 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14878797 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 20 2024 00:17:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Dr, Providence, RI 02903 |
| 14880606 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 20 2024 00:17:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 14878796 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2024 00:22:16 | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14878798 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Dec 20 2024 00:17:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317 |
| 14878800 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 20 2024 00:18:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14903377 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2024 00:22:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14882381 | ^ | MEBN | Dec 20 2024 00:04:37 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14878801 | + | Email/PDF: ebnotices@pnmac.com | Dec 20 2024 00:22:10 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14903107 | + | Email/PDF: ebnotices@pnmac.com | Dec 20 2024 00:22:29 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14900896 | | Email/Text: bnc-quantum@quantum3group.com | Dec 20 2024 00:18:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 14960051 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2024 00:22:42 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14878803 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 00:22:20 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 965064, Orlando, FL 32896-5064 |
| 14878804 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 01:13:54 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14878805 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 00:49:13 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14878806 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 00:48:54 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14878807 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 00:22:43 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14891675 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 20 2024 00:18:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14878808 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 20 2024 00:18:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14878799 | *P++ | FRANKLIN MINT FCU ERIN MOORE, ATTN MEMBER SOLUTIONS, 5 HILLMAN DRIVE, SUITE 100, CHADDS FORD PA 19317-9752, address filed with court:, Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor John Paul Borders brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com scmcginly@klehr.com;nyackle@klehr.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                      User: admin                                     Page 3 of 3
Date Rcvd: Dec 19, 2024                   Form ID: 155                              Total Noticed: 22

TOTAL: 5

Form 155 (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   John Paul Borders ) Case No. 24−11446−amc
)
)
   Debtor(s). ) Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: December 18, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court