Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
Chapter 13 Case No. 24-11446-AMC

John Paul Borders  
51 Nyack Avenue  
Apt 6  
Lansdowne  PA   19050

Petition Filed Date: 04/30/2024  
341 Hearing Date: 06/21/2024  
Confirmation Date: 12/18/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2024 | $300.00 | | 10/04/2024 | $300.00 | | 10/21/2024 | $300.00 | |
| 11/19/2024 | $300.00 | | 12/16/2024 | $500.00 | | 01/02/2025 | $810.00 | |
| 02/25/2025 | $475.00 | | 03/21/2025 | $475.00 | | 04/23/2025 | $475.00 | |

Total Receipts for the Period:  $3,935.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,835.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,115.00 | $3,115.00 | $0.00 |
| 1 | RESURGENT RECEIVABLES LLC »» 001 | Unsecured Creditors | $10,789.31 | $0.00 | $10,789.31 |
| 2 | FRANKLIN MINT FEDERAL CU »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | FRANKLIN MINT FEDERAL CU »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | US BANK NA »» 004 | Unsecured Creditors | $12,541.85 | $0.00 | $12,541.85 |
| 5 | QUANTUM3 GROUP LLC »» 005 | Unsecured Creditors | $3,148.61 | $0.00 | $3,148.61 |
| 6 | PENNYMAC LOAN SERVICES LLC »» 006 | Mortgage Arrears | $1,134.83 | $0.00 | $1,134.83 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $3,830.68 | $0.00 | $3,830.68 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $4,901.42 | $0.00 | $4,901.42 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $1,090.30 | $0.00 | $1,090.30 |
| 10 | UNITED STATES TREASURY (IRS) | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 11 | KEYSTONE COLLECTIONS GROUP | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 12 | CITICARD/CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $1,500.00 | $1,289.48 | $210.52 |

**Chapter 13 Case No. 24-11446-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,835.00 | Current Monthly Payment: | $475.00 |
| Paid to Claims: | $4,404.48 | Arrearages: | $1,900.00 |
| Paid to Trustee: | $430.52 | Total Plan Base: | $27,635.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.