Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

John Paul Borders
51 Nyack Avenue
Apt 6
Lansdowne, PA 19050

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-11446-AMC**

Petition Filed Date: 04/30/2024
341 Hearing Date: 06/21/2024
Confirmation Date: 12/18/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/23/2025 | $1,900.00 | | 10/03/2025 | $475.00 | | 10/21/2025 | $475.00 | |
| 11/17/2025 | $475.00 | | 12/19/2025 | $475.00 | | 01/26/2026 | $475.00 | |
| 02/23/2026 | $475.00 | | 04/03/2026 | $475.00 | | 05/01/2026 | $475.00 | |
| 06/01/2026 | $475.00 | | 06/12/2026 | $475.00 | | 07/09/2026 | $475.00 | |

**Total Receipts for the Period: $7,125.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $12,435.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,115.00 | $3,115.00 | $0.00 |
| 1 | RESURGENT RECEIVABLES LLC<br>»» 001 | Unsecured Creditors | $10,789.31 | $1,567.11 | $9,222.20 |
| 2 | FRANKLIN MINT FEDERAL CU<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | FRANKLIN MINT FEDERAL CU<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | US BANK NA<br>»» 004 | Unsecured Creditors | $12,541.85 | $1,821.66 | $10,720.19 |
| 5 | QUANTUM3 GROUP LLC<br>»» 005 | Unsecured Creditors | $3,148.61 | $457.33 | $2,691.28 |
| 6 | PENNYMAC LOAN SERVICES LLC<br>»» 006 | Mortgage Arrears | $1,134.83 | $1,134.83 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $3,830.68 | $556.38 | $3,274.30 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $4,901.42 | $711.92 | $4,189.50 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $1,090.30 | $145.20 | $945.10 |
| 10 | UNITED STATES TREASURY (IRS) | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 11 | KEYSTONE COLLECTIONS GROUP | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 12 | CITICARD/CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11446-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,435.00 | Current Monthly Payment: | $475.00 |
| Paid to Claims: | $11,009.43 | Arrearages: | ($475.00) |
| Paid to Trustee: | $973.98 | Total Plan Base: | $27,635.00 |
| Funds on Hand: | $451.59 | | |

**<u>NOTES:</u>**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.